**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | CAUSE NO.: 1:18-MC-00057-SEB-DLP |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INDIANA CENTER FOR RECOVERY, LLC, | ) | |
| | ) | |
| Defendant. | | |

**APPEARANCE FORM**

Lonnie D. Johnson of the firm **Clendening Johnson & Bohrer, P.C.** hereby enters his appearance on behalf of Defendant, Indiana Center for Recovery, LLC.

I certify that I am admitted to practice in this court.

**Clendening Johnson & Bohrer, P.C.**

By: /s/ *Lonnie D. Johnson*
Lonnie D. Johnson
#16758-53
409 W. Patterson Drive, Suite 205
P.O. Box 428
Bloomington, IN 47402-0428
Phone: (812) 332-1000
Fax: (812) 332-7601
ljohnson@lawcjb.com

## Certificate of Service

The undersigned hereby certifies that a copy of the forgoing has been filed electronically this 13 September 2018. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Alessandra M. Rosa, 101 W. Ohio St., Suite 1900, Indianapolis, IN 46204.

/s/ *Lonnie D. Johnson*
Lonnie D. Johnson #16758-53

**Clendening Johnson & Bohrer, P.C.**
409 W. Patterson Drive, Suite 205
P.O. Box 428
Bloomington, IN 47402-0428
(812) 332-1000
FAX: (812) 332-7601
ljohnson@lawcjb.com

G:\My Drive\Clio\United Pharmacy\16022-04\00 Pleadings\Appearance_LDJ.docx